IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and CHARLES A. WHOBREY, as Trustee, <br><br> *Plaintiffs*, <br><br> v. <br><br> C. C. DILLON CO., a Missouri corporation, <br><br> *Defendant*. | Case No. 20 C 2470 <br><br> Honorable Charles P. Kocoras District Judge |

**PLAINTIFFS' AGREED MOTION
FOR ENTRY OF CONSENT JUDGMENT**

Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund (the "Pension Fund"), and Charles A. Whobrey, as Trustee, hereby move this Court to enter a consent judgment in favor of Plaintiffs and against Defendant, C. C. Dillon Co. ("Dillon"). In support of this agreed motion, Plaintiffs state as follows:

1. Plaintiffs filed the Complaint to collect withdrawal liability, interest and penalties from Dillon under the Employee Retirement Income Security Act of 1974 ("ERISA") as amended by the Multiemployer Pension Plan Amendments Act of 1980, 29 U.S.C. § 1001 *et seq*.

2. The parties have agreed to the entry of a consent judgment in favor of the Pension Fund and against Dillon. A copy of the proposed Consent Judgment is attached hereto as Exhibit 1. The proposed Consent Judgment will also be submitted electronically to the Court's e-mail address for proposed orders.

3. Prior to the filing of this motion, Plaintiffs' counsel, Anthony E. Napoli, communicated with Defendant's counsel, Timm W. Schowalter, who stated that he agreed to the granting of this motion.

**WHEREFORE**, Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, as Trustee, respectfully request that the Court enter the Consent Judgment attached hereto as Exhibit 1.

Respectfully submitted,

 /s/Anthony E. Napoli
Anthony E. Napoli
Attorney for Plaintiffs
Central States Funds
8647 W. Higgins Road, 8th Floor
Rosemont, Illinois 60631
(847) 939-2469
ARDC # 06210910
tnapoli@centralstates.org

November 4, 2020

## CERTIFICATE OF SERVICE

I, Anthony E. Napoli, one of the attorneys for the Plaintiffs, certify that on November 4, 2020, I electronically filed the foregoing *Plaintiffs' Agreed Motion for Entry of Consent Judgment* with the Clerk of the Court using the ECF system. This filing was served on all parties indicated on the electronic filing receipt via the ECF system.

                                                  */s/ Anthony E. Napoli*
                                                  ATTORNEY FOR PLAINTIFFS